

# NUMBER 13-11-00562-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARIA DE LOURDES DE ALBA,                                   Appellant,

v.

JORGE DE ALBA,                                                Appellee.

### On appeal from the 398th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Benavides
### Memorandum Opinion Per Curiam

Appellant, Maria de Lourdes de Alba, perfected an appeal from a judgment entered by the 398th District Court of Hidalgo County, Texas, in cause number F-2700-10-I. Appellant has filed a motion to dismiss the appeal on grounds that the parties have fully and finally resolved their differences and have entered into an agreed

final judgment at the trial court level. Appellant requests that this Court dismiss the appeal with costs of the appeal to be paid by appellant.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of November, 2011.